United States District Court
Southern District of Texas
**ENTERED**
May 08, 2024
Nathan Ochsner, Clerk

**COURTROOM MINUTES- ORDER**
JUDGE <u>RICHARD W. BENNETT, PRESIDING</u>
DATE: <u>May 8, 2024</u>
COURT REPORTER: <u>    </u>
MORNING:<u>            </u>    AFTERNOON: <u>            </u>
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CIVIL NO. 4:24cv517

Monica Abboud,

Plaintiff

The Savings Bank Mutual Life Insurance Co
Of Massachusetts,

Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>MINUTE ENTRY ORDER:</u>

<u>On February 14, 2024, Judge Hanen issued an Order setting the Initial Conference on May 9, 2024. (Dkt . No . 3). He further ordered the parties: "At least 14 days before the conference, counsel must file a joint case management plan…"See FRCP 26(f)." (Id.). The Initial Conference was reset to 5/15/24 (Dkt. No. 5). The parties have failed to comply with Judge Hanen's February 14th Order. The parties are ORDERED to immediately submit a joint case management plan and a proposed scheduling order by no later than 5 p.m. on May 10, 2024.</u>

Signed this <u>8th</u> day of May, 2024.

_____
Richard W. Bennett
United States Magistrate Judge